**Appeal Dismissed and Memorandum Opinion filed August 7, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00503-CR

---

### JERRY WATTS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1568224**

---

## M E M O R A N D U M    O P I N I O N

Appellant pleaded guilty to assault of a family or household member with previous conviction. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to four years' imprisonment. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Donovan, Wise, and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b)